**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

TEL. NO. 579-5861
(AREA CODE 203)

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 08 2004

JOHN F. CORCORAN, CLERK
BY: /s/ J. Craft
DEPUTY CLERK

KEVIN F. ROWE
CLERK

FILED
2004 JAN 12 P 4: 32
US DISTRICT COURT
BRIDGEPORT CT

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE

ABDUL MUKHTAAR

V.

JOHN ARMSTRONG, ET AL

PRISONER
Case Number: 01cv1084(DJS)(TPS)

Notice to Clerk, District Court,
for the Western District of **Virginia**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Bridgeport, Connecticut, December 22, 2003.

KEVIN F. ROWE, CLERK

By: /s/ Mary E. Larsen
Mary E. Larsen
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _Jan. 8th, 2004_

Assigned case number: _7:04CV00011_

This case was received by: _J. Craft, Deputy Clerk_